IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| LARRY GENE BUCK | § | |
| --- | --- | --- |
| Petitioner, | § | |
| VS. | § | NO. 3-08-CV-1318-K |
| NATHANIEL QUARTERMAN, Director | § | (Consolidated With: |
| Texas Department of Criminal Justice, | § | No. 3-08-CV-1480-K) |
| Correctional Institutions Division | § | |
| Respondent. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

Respondent's Objections to the Magistrate Judge's Report and Recommendation, filed on November 17, 2008, and Petitioner's Requestion (sic) Permission from Magistrate Judge to File a Motion for Appeal (which the Court treats as Objections to the Findings and Recommendation of the United States Magistrate Judge ), filed on November 21, 2008, are hereby **OVERRULED**.

SO ORDERED.

Signed November 25th, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE